482

Atkinson, J. A general demurrer to an indictment was overruled, and the defendant excepted. After the case was brought to the Supreme Court an order was granted, upon motion of the solicitor-general for the State, quashing the indictment. The case having been disposed of favorably to the defendant in the trial court, a decision by this court would be useless, and the writ of error is dismissed. *Atlanta & West Point R. Co.* v. *Golightly,* 148 *Ga.* 582 (97 S. E. 516), and cit.

*Writ of error dismissed. All the Justices concur.*

No. 8153. March 11, 1931.

*Paul H. Doyal, Porter & Mebane,* and *Wright & Covington,* for plaintiff in error.

*M. Neil Andrews, solicitor-general, Dean Owens,* and *M. B. Eubanks,* contra.

### Berry *v.* The State.

Hill, J. The motion for new trial contains only the usual general grounds. No error of law is alleged to have been committed on the trial of the case. The evidence authorized the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

No. 8166. March 11, 1931.

*Lowrey Stone* and *C. W. Worrill,* for plaintiff in error.

*George M. Napier, attorney-general, B. T. Castellow, solicitor-general, T. R. Gress, assistant attorney-general,* and *Bond Almand,* contra.